UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE 79TH GROUP, INC.,

                             Plaintiff,

             -against-

JACOB MOORE,

                             Defendant.

23-cv-02521-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter from Defendant, Mr. Moore, who is proceeding *pro se*. ECF No. 17.  In that letter, Defendant asks for relief from this lawsuit, for an extension of his deadline to respond to the Complaint, and for all proceedings to take place virtually in light of the fact that he resides in the United Kingdom.

Given that Defendant is now proceeding without counsel, he is encouraged to submit all filings as PDFs by email Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Pro se parties who are unable to use email may still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.  In either case, however, there may be delays before such filings are received and/or docketed.  If the *pro se* party would like to receive communications in this case electronically, he is encouraged to fill out the attached consent form and to return it to the Pro Se Intake Unit.

By separate order to be issued today, the Court will refer this case to Magistrate Judge Willis for general pre-trial management.  Accordingly, the June 12, 2023 Initial Pretrial Conference is adjourned without date.  IT IS FURTHER ORDERED that Defendant's deadline to respond to the Complaint is adjourned without date until further order by Judge Willis.

The Clerk of the Court is directed to mail a copy of this Order to Defendant at the

following address:

Jacob Moore
247 Muswell Hill Broadway
1st Floor Flat
London
N10 2QR

Dated: June 5, 2023
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

> **Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address                        City                          State                          Zip Code

_____
Telephone Number                                      E-mail Address

_____
Date                                                  Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007