UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE 79TH GROUP, INC.,

                           Plaintiff,                            **ORDER**

        -against-                              **23-cv-2521 (JLR) (JW)**

JACOB MOORE,

                           Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 5, 2023, this case was referred to this Court for general pretrial. Dkt. No. 18. The Defendant is proceeding pro se and challenges the Court's jurisdiction in this case. Dkt. No. 17. The Court interprets Defendant's letter at Dkt. No. 17 as a request for a pre-motion conference. The request is GRANTED. The Court will hold a conference on June 26, 2023, at 11:00 am Eastern Time. The conference will take place on Microsoft Teams. The dial in number is (646) 453-4442, with Phone Conference ID 690 470 398#.

To the extent Defendant wishes to receive documents in this case electronically (by e-mail) instead of by regular mail, he may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Not only would this enable Mr. Moore to access the docket electronically, but it would also permit him to receive the Court's notices instantaneously.

The Court notes that there is a **free** legal clinic in this District available to assist parties that represent themselves in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.

The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Defendant is encouraged to make an appointment with the Clinic by calling (212) 659-6190. To receive assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. The Clerk of the Court is directed to mail a copy of this Order to Defendant at the following address: Jacob Moore 247 Muswell Hill Broadway 1st Floor Flat London N10 2QR.

SO ORDERED.

DATED:   New York, New York
         June 6, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge