UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE 79TH GROUP, INC.,

                       Plaintiff,                               **ORDER**

        -against-                                   **23-cv-2521 (JLR) (JW)**

JACOB MOORE,

                       Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter was scheduled for a pre-motion conference and initial case management conference to take place on June 26, 2023 at 11:00am EST, and notices of the conference date were mailed to Defendant at the following address: Jacob Moore 247 Muswell Hill Broadway 1st Floor Flat London N10 2QR. Dkt. Nos. 19 and 22. Defendant Jacob Moore is not currently represented by an attorney (in other words, Mr. Moore is acting "*pro se*"). On June 26, 2023 at 11:12am, Plaintiff's counsel emailed Defendant (cc'ing Chambers) to notify him that the Court was waiting for him to appear on the conference line. Defendant responded, "I'm contacting my solicitor as I am very confused. I wasn't informed of this, please bear with me." Therefore, the **conference is rescheduled to August 22, 2023 at 11:00am EST**. The conference will take place on Microsoft Teams. The conference will be accessible at this [link](#); meeting ID: 256 709 790 511; passcode: VtZWQy. Alternatively, to join via phone, the parties may call +1 646-453-4442, conference ID: 758141803#. Both parties are ORDERED to appear for the conference as scheduled. This is a mandatory court appearance and failure to attend may result in Court ordered penalties.

The Court is in receipt of several emails from Mr. Moore where he indicates that he has a solicitor. If the Defendant intends to be represented by counsel in this case, then the attorney needs to file an appearance via ECF.

To the extent Defendant desires to continue *pro se* and wishes to receive documents in this case electronically (by e-mail) instead of by regular mail, he may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Not only would this enable Mr. Moore to access the docket electronically, but it would also permit him to receive the Court's notices instantaneously.

The Court is in receipt of Defendant's letter at Dkt. No. 17. "It is well established that the submissions of a *pro se* litigant must be construed liberally and interpreted to raise the strongest arguments that they *suggest*." Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474 (2d Cir. 2006) (quotations omitted). As Defendant is proceeding *pro se*, the Court interprets his letter as manifesting an intent to file a motion challenging the Court's jurisdiction. Therefore, the Court sets the following briefing schedule: **Defendant's motion is due by August 14, 2023, Plaintiff's response is due by August 28, 2023, and any reply from Defendant is due by September 25, 2023.**

The Court notes that there is a **<u>free</u>** legal clinic in this District available to assist parties that represent themselves in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part

of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.

The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Defendant is encouraged to make an appointment with the Clinic by calling (212) 659-6190. To receive assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. The Clerk of the Court is directed to mail a copy of this Order to Defendant at the following address: Jacob Moore 247 Muswell Hill Broadway 1st Floor Flat London N10 2QR. The Court will also email this order to Defendant at "Jacob.moore@goldtreereserve.com" as the Court has received email correspondence from Defendant at that email address.

SO ORDERED.

DATED:   New York, New York
         June 26, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge