UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE 79TH GROUP, INC.,

                              Plaintiff,                             **ORDER**

           -against-                                     **23-cv-2521 (JLR) (JW)**

JACOB MOORE,

                              Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defendant Jacob Moore is not currently represented by an attorney (in other words, Mr. Moore is acting "*pro se*"). The parties were heard during an Initial Case Management Conference on August 22, 2023. This Court previously set a deadline of August 14, 2023 for Mr. Moore's Motion to dismiss. Dkt. No. 25. On August 15, 2023, Plaintiff requested leave to obtain a certificate of default because they had not yet received notice of the filing. Dkt. No. 27. Mr. Moore provided his Motion to dismiss to the Court for filing on August 11, 2023. Dkt. No. 29. Due to an issue with the caption of the document, the Motion was not filed on ECF by the Clerk of the Court until August 17, 2023. As stated more fully on the record during the Initial Case Management Conference, the Court found that Mr. Moore's Motion was timely filed. Therefore, the request to seek default was DENIED.

      Plaintiff's response to the Motion to dismiss is due by **September 5, 2023**. Any reply from Mr. Moore is due by **September 19, 2023**. Plaintiff is directed to order a copy of the transcript from the Conference and provide a copy to Mr. Moore and the Court.

SO ORDERED.

DATED:   New York, New York
           August 22, 2023

                                                                                          _____
                                                                                         JENNIFER E. WILLIS
                                                                                         United States Magistrate Judge