**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE 79TH GROUP, INC.,

                        Plaintiff,

            -against-                                                23 **CIVIL** 2521 (JLR)

                                                                    **JUDGMENT**

JACOB MOORE,

                        Defendant.
-----------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 3, 2024, Defendant's motion to dismiss is

GRANTED. Because the Court has dismissed the Complaint for lack of personal jurisdiction, its

dismissal is without prejudice. See Miller v. Brightstar Asia, Ltd., 43 F.4th 112, 126 (2d Cir.

2022) ("A dismissal for lack of jurisdiction must be without prejudice rather than with

prejudice." (citation omitted)). Plaintiff's letter motion pertaining to discovery (ECF No. 40) is

DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

        January 4, 2024


                                                        **RUBY J. KRAJICK**
                                            _____
                                                        **Clerk of Court**

                            **BY:**        *K. mango*
                                            _____
                                                        **Deputy Clerk**